UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRIME, JUSTICE & AMERICA, INC., a California Corporation; and RAY HRDLICKA, an individual,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>JEFFERSON COUNTY; JEFFERSON COUNTY SHERIFF'S OFFICE; TONY HERNANDEZ, individually and in his official capacity as Sheriff of Jefferson County, Washington; DOES 1-20, in their individual and official capacities,<br><br>　　　　　　　　Defendants. | No. 3:12-cv-05145-BHS<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

## I. STIPULATION

The parties to this action, by their attorneys of record, stipulate that the above captioned action shall be dismissed with prejudice as to all parties without an award of costs to any party.

//

//

//

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE - 1
Case No. 3:12-cv-05145-BHS

FOSTER PEPPER PLLC
422 W. RIVERSIDE, SUITE 1310
SPOKANE, WASHINGTON 99201-0302
PHONE (509) 777-1600  FAX (509) 777-1616

51233081.1

1  DATED this 17th day of July, 2012.

2                                              FOSTER PEPPER PLLC

3
                                               /s/ Milton G. Rowland
4                                              Milton G. Rowland, WSBA No. 15625
                                               Foster Pepper PLLC
5                                              422 W. Riverside Ave., Suite 1310
                                               Spokane, WA  99201
6                                              Phone: 509-777-1600
                                               Fax:    509-777-1616
7                                              E-mail: rowlm@foster.com

8

9  By /s/ Spencer D. Freeman
   Spencer D. Freeman, WSBA No. 25069
10 Attorney for Plaintiff
   FREEMAN LAW FIRM, INC.
11 1107 ½ Tacoma Avenue south
   Tacoma, WA  98402
12 Telephone:  (253) 383-4500
   Fax:  (253) 383-4501
13 Email:  sfreeman@freemanlawfirm.org

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER OF                       FOSTER PEPPER PLLC
DISMISSAL WITH PREJUDICE - 2                   422 W. RIVERSIDE, SUITE 1310
Case No. 3:12-cv-05145-BHS                     SPOKANE, WASHINGTON 99201-0302
                                               PHONE (509) 777-1600  FAX (509) 777-1616

51233081.1

## II. ORDER

Based on the stipulation of the parties, IT IS HEREBY ORDERED:

1. The above-captioned action is dismissed with prejudice; and

2. No award of costs shall be made to either party.

DONE BY THE COURT THIS _____ day of July, 2012.

_____
United States District Court Judge

PRESENTED BY:

FOSTER PEPPER PLLC

/s/ Milton G. Rowland
Milton G. Rowland, WSBA No. 15625
Foster Pepper PLLC
Attorneys for Defendants


By /s/ Spencer D. Freeman
Spencer D. Freeman, WSBA No. 25069
Attorney for Plaintiff
FREEMAN LAW FIRM, INC.
Attorneys for Plaintiff

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE - 3
Case No. 3:12-cv-05145-BHS

FOSTER PEPPER PLLC
422 W. RIVERSIDE, SUITE 1310
SPOKANE, WASHINGTON 99201-0302
PHONE (509) 777-1600  FAX (509) 777-1616

51233081.1

**CERTIFICATE OF SERVICE**

I, Pam McCain, certify that on July 17, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

    Spencer D. Freeman        sfreeman@freemanlawfirm.org

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed at Spokane, Washington, this 17th day of July, 2012.

*/s/ Pam McCain*
Pam McCain

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE - 4
Case No. 3:12-cv-05145-BHS

FOSTER PEPPER PLLC
422 W. RIVERSIDE, SUITE 1310
SPOKANE, WASHINGTON 99201-0302
PHONE (509) 777-1600  FAX (509) 777-1616

51233081.1